1  DANIEL G. BOGDEN
   United States Attorney
2  ROBERT BORK
   Assistant United States Attorney
3  333 Las Vegas Blvd., South, Ste. 5000
   Las Vegas, Nevada 89101
4  (702)388-6336 / Fax: (702)388-6698

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|         PLAINTIFF, | ) | 2:12-cr-135-JCM-CWH |
| VS. | ) | **MOTION TO DISMISS INDICTMENT** |
| JUAN CARLOS-AYALA, | ) | |
| a.k.a. Antonio Perez-Pineda, | ) | |
| a.k.a. Antonio Perez-Pena, | ) | |
| a.k.a. Ramon Perez-Pineda, | ) | |
| a.k.a. Carlos Ayala, | ) | |
|         DEFENDANT. | ) | |

COMES NOW the United States of America by and through Daniel G. Bogden, United States Attorney; Robert Bork, Assistant United States Attorney; and files this Motion to Dismiss the Indictment filed April 18, 2012, against Defendant Juan Carlos-Ayala, pursuant to Fed. R. Crim. P. 48(a).

WHEREFORE, the United States requests that this Court confer its leave, as required under Rule 48(a) of the Federal Rules of Criminal Procedure, and grant this Motion to Dismiss the Indictment without prejudice, as to Defendant Juan Carlos-Ayala.

DATED this 10th day of July, 2012.

                DANIEL G. BOGDEN
                United States Attorney

                /s/ Robert Bork

                ROBERT BORK
                Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

- o O o-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-135-JCM-CWH |
| PLAINTIFF, | ) | |
| VS. | ) | **ORDER FOR DISMISSAL** |
| JUAN CARLOS-AYALA, | ) | |
| a.k.a. Antonio Perez-Pineda, | ) | |
| a.k.a. Antonio Perez-Pena, | ) | |
| a.k.a. Ramon Perez-Pineda, | ) | |
| a.k.a. Carlos Ayala, | ) | |
| DEFENDANT. | ) | |

Under Federal Rules of Criminal Procedure Rule 48(a), and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Criminal Indictment filed on April 18, 2012, as to Defendant Juan Carlos-Ayala.

DANIEL G. BOGDEN
United States Attorney

/s/ Robert Bork
_____
ROBERT BORK
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

DATED this 16th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, ROBERT BORK, do hereby certify that on July 10, 2012, a copy of the attached **MOTION TO DISMISS INDICTMENT** was sent by electronic mail to the person hereinafter named, at the place and address stated below, which is the last known address:.

      Addressee:    Nisha Brooks-Whittington, AFPD
                          Counsel for defendant JUAN CARLOS-AYALA

/S/ Robert Bork
_____
ROBERT BORK